UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MIZUCHI, TARO | § | Case No. 11-20502 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MIRIAM R. STEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
UNITED STATES BANKRUPTCY COURT
219 SOUTH DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 02/01/2013
United States Courthouse
1792 Nicole Lane
Round Lake Beach, Illinois 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/18/2012           By: /s/ Miriam R. Stein
                                          Chapter 7 Trustee


MIRIAM R. STEIN
30 South Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 444-9300
(312) 444-9027 Fax

UST Form 101-7-NFR (5/1/2011) (Page: 1)

```
                          United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                       Case No. 11-20502-ABG
Taro Mizuchi                                                 Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Dec 20, 2012
                              Form ID: pdf006          Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2012.
db           +Taro Mizuchi,    2228 N. Old Pond Ct.,    Round Lake, IL 60073-4031
17273827     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,   Malvern, PA 19355-0701
18382718      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17273832     +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
18285366      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17273835     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
18352956      FIA Card Services, NA,successor to,    Bank of America, NA (USA)and,    MBNA America Bank,NA,
               PO Box 15102,    Wilmington, DE 19886-5102
17273837     +Marshall & Ilsley Bank,    Attn: Bankruptcy,    770 N Water St,   Milwaukee, WI 53202-0002
17273839     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
17273840      Toyota Financial Servi,    POB 8464,    Inman, NE 68742
17273841     +Us Bank Home Mortgage,    777 E Wisconsin,    Milwaukee, WI 53202-5370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18204759      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2012 01:11:00      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany OH   43054-3025
17273836     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2012 01:11:00      Discover Fin,   Po Box 6103,
               Carol Stream, IL 60197-6103
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17273828      American Home Mtg Srv,    Please call 1-888-237-9280,   with specific loan number
17273829      American Home Mtg Srv,    Please call 1-888-237-9280,   with specific loan number
17273838      Regina Lopez
17273831*    +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17273834*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17273833*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17273830    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                   TOTALS: 3, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                  Date Rcvd: Dec 20, 2012
                               Form ID: pdf006              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2012 at the address(es) listed below:

        Gary N Foley    on behalf of Debtor Taro  Mizuchi lauradfrye@att.net
        Maria  Georgopoulos    on behalf of Creditor   U.S. Bank, National Association nd-four@il.cslegal.com
        Miriam R Stein    mrstein@arnstein.com,   jbmedziak@arnstein.com;mstein@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Susan J. Notarius    on behalf of Creditor   American Home Mortgage Servicing, Inc. snotarius@Klueverplatt.com,  nparikh@klueverplatt.com

        TOTAL: 5