UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
MIZUCHI, TARO § Case No. 11-20502
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MIRIAM R. STEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/MIRIAM R. STEIN_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MIRIAM R. STEIN | | | | | |
| MIRIAM R. STEIN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000005 | FIA CARD SERVICES, NA,SUCCESSOR TO | | | | | |
| 000006 | FIA CARD SERVICES, NA,SUCCESSOR TO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-20502 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | MIRIAM R. STEIN |
| --- | --- | --- | --- | --- |
| Case Name: | MIZUCHI, TARO | | Date Filed (f) or Converted (c): | 05/13/11 (f) |
| | | | 341(a) Meeting Date: | 06/20/11 |
| For Period Ending: 03/27/13 | | | Claims Bar Date: | 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 2228 N. Old Pond Ct. Round Lake | 163,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Rental Cottage 526 Grandview Dr, Round Lake Park, | 78,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Rental Cottage 107 Glenwood Dr. Round Lake Beach, | 94,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Checking Account First Midwest Bank | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 5. Savings Account First Midwest Bank | 300.00 | 0.00 | OA | 0.00 | FA |
| 6. Tenants Security Deposit | 925.00 | 925.00 | OA | 0.00 | FA |
| 7. Household Goods and Furnishings | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 8. Term Life Insurance Policy 500k Death Benefit | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. IRA | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 10. Retirement Pension through Walgreen Co. | 27,000.00 | 0.00 | OA | 0.00 | FA |
| 11. 2010 Federal Tax Refund | 3,000.00 | 1,800.00 | OA | 0.00 | FA |
| 12. 1996 Toyota 4 Runner (160k miles) | 2,800.00 | 1,800.00 | OA | 800.00 | FA |
| 13. 2004 Infiniti G Coupe ( 90k miles) | 9,600.00 | 7,200.00 | OA | 6,200.00 | FA |
| 14. Handyman Tools | 500.00 | 500.00 | OA | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $401,625.00 | $13,225.00 | | $7,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CLAIMS REVIEWED; PREPARE TFR

Initial Projected Date of Final Report (TFR): 03/31/12     Current Projected Date of Final Report (TFR): 03/31/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-20502 -ABG | | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | MIZUCHI, TARO | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******0548 Checking Account |
| Taxpayer ID No: | *******8267 | | | |
| For Period Ending: | 03/27/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,960.31 | | 6,960.31 |
| 02/04/13 | 300001 | MIRIAM R. STEIN<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,450.00 | 5,510.31 |
| 02/04/13 | 300002 | MIRIAM R. STEIN<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 70.68 | 5,439.63 |
| 02/04/13 | 300003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000001, Payment 4.85699% | 7100-000 | | 580.08 | 4,859.55 |
| 02/04/13 | 300004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 4.85701% | 7100-000 | | 496.44 | 4,363.11 |
| 02/04/13 | 300005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 4.85701% | 7100-000 | | 400.58 | 3,962.53 |
| 02/04/13 | 300006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 4.85712% | 7100-000 | | 191.97 | 3,770.56 |
| 02/04/13 | 300007 | FIA Card Services successor to B of A<br>and MBNA America Bank,NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000005, Payment 4.85699% | 7100-000 | | 1,568.96 | 2,201.60 |
| 02/04/13 | 300008 | FIA Card Services successor to B of A<br>and MBNA America Bank, NA<br>PO Box 15102 | Claim 000006, Payment 4.85699% | 7100-000 | | 1,858.51 | 343.09 |

Page Subtotals         6,960.31       6,617.22

Ver: 17.01

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-20502 -ABG | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | MIZUCHI, TARO | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******0548  Checking Account |
| Taxpayer ID No: | *******8267 | | |
| For Period Ending: | 03/27/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/04/13 | 300009 | Wilmington, DE 19886-5102<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 4.85696% | 7100-000 | | 343.09 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 6,960.31    6,960.31    0.00 |
| Less: Bank Transfers/CD's | 6,960.31    0.00 |
| Subtotal | 0.00    6,960.31 |
| Less: Payments to Debtors | 0.00 |
| Net | 0.00    6,960.31 |

Page Subtotals    0.00    343.09

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-20502 -ABG | | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | MIZUCHI, TARO | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0487  Checking Account |
| Taxpayer ID No: | *******8267 | | | |
| For Period Ending: | 03/27/13 | | Blanket Bond (per case limit): | $  100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/27/11 | 12, 13 | TARO MIZUCHI<br>2228 N. OLD POND CT.<br>ROUND LAKE BEACH, IL 60013 | LIQUIDATION OTHER SCHED B PROPERTY | 1129-000 | 7,000.00 | | 7,000.00 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 8.30 | 6,991.70 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM<br>PRO RATA SHARE OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 | | 5.65 | 6,986.05 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 8.31 | 6,977.74 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 8.58 | 6,969.16 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 8.85 | 6,960.31 |
| 11/13/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 6,960.31 | 0.00 |

|   | COLUMN TOTALS | 7,000.00 | 7,000.00 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 6,960.31 | |
| | Subtotal | 7,000.00 | 39.69 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 7,000.00 | 39.69 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******0548 | 0.00 | 6,960.31 | 0.00 |
| Checking Account - *******0487 | 7,000.00 | 39.69 | 0.00 |
| | 7,000.00 | 7,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      7,000.00    7,000.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-20502 -ABG |
| Case Name: | MIZUCHI, TARO |
| Taxpayer ID No: | *******8267 |
| For Period Ending: | 03/27/13 |

| | |
|---|---|
| Trustee Name: | MIRIAM R. STEIN |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0487  Checking Account |
| Blanket Bond (per case limit): | $ 100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals            0.00            0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*